```
                                            FILED
                                      U. S. DISTRICT COURT
                                      DISTRICT OF NEBRASKA
             IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF NEBRASKA  90 NOV -2 PM 2:58
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR90-L-40    NORBERT H. EBEL |
| | ) | CLERK |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| WALTER T. DREWEL, | ) | |
| | ) | |
| Defendant. | ) | |

Upon arraignment of the defendant on November 2, 1990, and the entry of a plea of not guilty to all counts charged,

IT IS ORDERED:

1. Trial in this matter is set to commence at 10:00 a.m. on January 7, 1991, for a duration of five days, in Courtroom 1, United States Courthouse, Lincoln, Nebraska. Jury selection will be held at the commencement of the trial.

2. Within ten (10) days of this date, the automatic discovery provided for in Rule 16, Federal Rules of Criminal Procedure, as amended, shall be accomplished.

3. If after compliance with Rule 16 there is a necessity for the filing of pretrial motions by either side, such motions shall be filed and served within twenty (20) days from this date; this time limit will not be extended by the court except for good cause shown. In the event any motions are filed seeking bills of particulars or discovery of facts, documents, or evidence, as part of the motion the ruling party shall recite that counsel for the movant or the movant personally if movant has no counsel has conferred with opposing counsel regarding the subject of the motion in an attempt to reach agreement on the contested matters without involvement of the court, and that such attempts have been unsuccessful. The motion shall further state the dates and times of any such conferences.

4. If any pretrial motion be filed by either side, a copy thereof and the supporting brief required by the provisions of Local Rule 20B shall be simultaneously delivered to the court.

5. A brief opposing any pretrial motion shall be submitted to the judge and served within five (5) days after any such motion is filed.

6. If plea negotiations are to be instituted, they shall be concluded and advice thereof given to the trial judge at least one week prior to the trial date.

Dated November 2, 1990.

BY THE COURT

_____
United States District Judge

8