FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

90 NOV 26 PM 4: 39 –17

NORBERT H. EBEL
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR 90-L-40 |
| Plaintiff, ) | |
| vs. ) | ORDER |
| WALTER T. DREWEL, ) | |
| Defendant. ) | |

THIS MATTER is before the Court upon the Motion of the Defendant Walter T. Drewel for an Order exending the time in which he has to complete automatic discovery and file pretrial motions pursuant to the Order entered by this Court on November 2, 1990. Said Motion requests an extension of time until December 12 and December 22, 1990, respectively. In support of said Motion, Defendant's attorney has attached his Affidavit setting forth the reasons establishing good cause for such extension of time. Upon consideration thereof, the Court finds that said Motion should be granted and Order entered accordingly.

IT IS THEREFORE ORDERED by the Court that the Defendant Walter T. Drewel is hereby given until December 12, 1990, to complete automatic discovery in this case and until December 22, 1990, to file any pretrial motions in this case.

DATED this 26th day of November, 1990.

BY THE COURT:

*[signature]*

17