IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR90-L-40 |
| Plaintiff, | ) | |
| vs. | ) | ORDER ON MOTION FOR |
| | ) | ENLARGEMENT OF TIME |
| WALTER T. DREWEL, | ) | TO FILE PRETRIAL |
| | ) | MOTIONS |
| Defendant. | ) | |

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

90 DEC 26 PM 4:31

NORBERT H. EDEL
CLERK

IT IS ORDERED that the motion for enlargement of time to file pretrial motions, filing 19, is granted; and pretrial motions may be filed within 30 days after the court rules on the motion to inspect grand jury minutes, contained within filing 19; the trial date of January 7, 1991, is vacated and a new trial setting shall be made following the ruling on the motion to inspect grand jury minutes.

Dated December 26, 1990.

BY THE COURT

_____
United States District Judge