FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

91 JAN 11 PM 4:31 -26

NORBERT H. EBEL Jr.
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA, ) CR90-L-40
)
    Plaintiff, )
)
vs. ) ORDER ON CONDITIONS OF RELEASE
)
WALTER T. DREWEL, )
)
    Defendant. )

    Following the hearing today in which I concluded that the defendant is in violation of condition number 1 of my order setting conditions of release dated November 5, 1990, I orally directed that he must secure his $5,000.00 bond, but upon being informed later today that he had no adequate property to provide his own security, I conclude that he should be permitted to deposit ten percent of the bond and that such deposit shall serve as such security.

    IT THEREFORE IS ORDERED that the defendant shall be released under the same conditions as are set out in the order setting conditions of release dated November 5, 1990, upon his depositing with the registry of the court the sum of $500.00.

    Dated January 11, 1991.

                                BY THE COURT

                                /s/ Warren K. Urbom
                                Senior United States District Judge

26