```
                                              FILED
                                        U.S. DISTRICT COURT
         IN THE UNITED STATES DISTRICT COURT
                                        DISTRICT OF NEBRASKA
             FOR THE DISTRICT OF NEBRASKA
                                        91 FEB -1 PM 3:47 -31
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR90-L-40 |
| Plaintiff, | ) | NORBERT H. EBEL |
| | ) | CLERK |
| vs. | ) | ORDER |
| WALTER DREWEL, | ) | |
| Defendant. | ) | |

On the motion of the United States I find that the ends of justice served by granting a continuance of 30 days after the ruling on the motion for inspection of grand jury minutes for the defendant to file pretrial motions outweigh the best interest of the public and the defendant in a speedy trial.

Therefore, IT IS ORDERED that the motion of the United States to continue, filing 30, is granted pursuant to Title 18, United States Code § 3161(h)(8)(a), and the defendant shall have until February 25, 1991, to file pretrial motions.

Dated February 1, 1991.

BY THE COURT

_____
Senior United States District Judge