IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U. S. DISTRICT COURT
DISTRICT OF NEBRASKA

91 MAR -5 PM 3: 05- 35

NORBERT H. EBEL
CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) CR 90-L-40 |
| v. | ) |
| WALTER DREWEL, | ) ORDER |
| Defendant. | ) |

COMES NOW before this Court plaintiff's Motion for a Continuance of the Evidentiary Hearing and Extension of Time in which to respond to motions submitted by defendant. The Court, being duly advised in the premises, finds that the Motion for Continuance and Motion for Extension of Time should be and is hereby granted.

WHEREFORE, it is ordered, adjudged and decreed that the Evidentiary Hearing on defendant's Motion to Dismiss Indictment or in the Alternative Dismissal of Counts II and III of the Indictment is rescheduled until 8:00 a.m., March 21, 1991. Plaintiff is further given until March 11, 1991, in which to submit its response to the motions of the defendant.

IT IS SO ORDERED.

Dated this 5th day of March, 1991.

BY THE COURT

_____
Senior United States District Judge