```
                                            FILED
                                     U. S. DISTRICT COURT
    IN THE UNITED STATES DISTRICT COURT DISTRICT OF NEBRASKA
           FOR THE DISTRICT OF NEBRASKA
                                      91 MAR 20 PM 2:51    36
```

|                              |   |                        |
|------------------------------|---|------------------------|
| UNITED STATES OF AMERICA,    | ) | CR90-L-40              |
|                              | ) |                        |
|    Plaintiff, | ) | NORBERT H. EBEL        |
|                              | ) | CLERK                  |
|                              | ) | ORDER REGARDING        |
| vs.                          | ) | PURPORTED PLEADING     |
|                              | ) |                        |
| WALTER T. DREWEL,            | ) |                        |
|                              | ) |                        |
|    Defendant. | ) |                        |

IT IS ORDERED that the document titled "SPECIAL PRIVATE IN LAW AND EQUITY NOTICE OF COMMERCIAL DISCREDIT/DISHONOR" and signed "Walter Drewel" is not an allowable pleading and is not to be filed but shall be sent to defense counsel, together with the envelop and letter signed "Winnie B. Nichols" dated March 11, 1991.

Dated March 20, 1991.

                        BY THE COURT

                        _____
                        Senior United States District Judge