IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

91 APR -3 AM 10: 28

NORBERT H. EBEL
CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR90-L-40 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| WALTER DREWEL, | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the court on plaintiff's motion to continue trial in the above-captioned matter. The court, being advised in the premises, finds that a continuance in this matter should be granted and that the ends of justice served by granting such a continuance outweigh the best interests of the public and the defendant in a speedy trial because both counsel need additional time to be adequately prepared for trial.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that trial in the above-captioned matter is hereby continued until April 29, 1991, at 9:00 a.m. in Courtroom #1 for jury selection and trial.

Dated April 3, 1991.

BY THE COURT

_____
Senior United States District Judge