IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR90-L-40 |
| Plaintiff, ) | |
| ) | MEMORANDUM AND ORDER |
| vs. ) | ON MOTION TO CONTINUE |
| ) | TRIAL |
| WALTER T. DREWEL, ) | |
| Defendant. ) | |

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
91 APR 26 PM 4:25
NORBERT H. EBEL
CLERK

I today have entered an order for a psychiatric or psychological examination, or both, of the defendant to determine his competency to stand trial. That will necessitate a continuance of the trial, inasmuch as the examination cannot reasonably be scheduled before May 3, 1991, whereas the trial is scheduled to begin on April 29, 1991.

IT THEREFORE IS ORDERED that the trial of this case is continued until further order of the court and the delay resulting from the examination or examinations shall be excluded in computing the time within which trial must commence, in accordance with 18 U.S.C. § 3161(h)(1)(A).

Dated April 26, 1991.

BY THE COURT

_____
Senior United States District Judge