IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR90-L-40 |
| Plaintiffs, | ) | |
| vs. | ) | ORDER |
| WALTER DREWEL, | ) | |
| Defendant. | ) | |

FILED
DISTRICT OF NEBRASKA
AT _____ M
MAY -3 1991 -50
Norbert H. Ebel, Clerk
_____ Deput

THIS MATTER comes before the Court on Defendant's attorney's Motion for an Order directing the United State Marshall Service to take the Defendant into custody for purpose of escorting him to the psychiatric or psychological examination or both.

In support of said motion, Defendant's attorney submitted a sealed Affidavit to the Court. The Court finds that Walter T. Drewel did not appear for his scheduled examination with John D. Baldwin, M.D., Suite 110, 2221 South 17th Street, Lincoln, Nebraska 68502 in accordance with the Court's Order dated April 26, 1991, entitled "Order on Motion to Determine Mental Competency to Stand Trial".

The Court, being advised in the premises, finds that it will be necessary for the United States Marshall Service to take the Defendant into custody for purpose of psychiatric or psychological examination or both, ordered on April 26, 1991 in order to determine the mental competency of the Defendant to stand trial and for a hearing to be held as provided by 18 U.S.C. Section 4247(d).

IT THEREFORE IS ORDERED THAT the United States Marshall Service shall take the Defendant, Walter T. Drewel into custody, schedule and escort him to such psychiatric or psychological examinations as more fully set forth in the Court's Order on Motion to Determine Mental Competency to Stand Trial dated April 26, 1991 and that the U.S. Marshall Service shall hold the Defendant Walter T. Drewel in custody until such time as a hearing may be held as provided by 18 U.S.C. Section 4247(d) for the purpose of determining whether the Defendant is competent to stand trial.

DATED this 3rd day of May, 1991

BY THE COURT

_____
Senior United States District Judge