```
                                            FILED
                                       U. S. DISTRICT COURT
                                       DISTRICT OF NEBRASKA
             IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF NEBRASKA   91 MAY 10 PM 4:23 - 54
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR90-L-40    NORBERT H. EBEL |
| | ) | CLERK |
| Plaintiff, | ) | |
| | ) | MEMORANDUM AND ORDER ON |
| vs. | ) | MOTION TO DETERMINE MENTAL |
| | ) | COMPETENCY TO STAND TRIAL |
| WALTER DREWEL, | ) | AND MOTION TO CONTINUE TRIAL |
| | ) | |
| Defendant. | ) | |

Following a hearing on May 9, 1991, I find that the defendant understands the nature and possible consequences of the charges against him and to assist in his defense.

On May 9, 1991, the United States of America filed its motion to continue trial and I find that it should be granted. In order for the plaintiff to prepare adequately for trial, particularly with respect to gathering the 30 or so witnesses expected to be called at the trial, a continuance to June 3, 1991, is required. The ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS ORDERED that:

1. the motion to determine mental competency to stand trial, filing 43, is granted and the defendant is determined to be competent to stand trial; and

2. the motion to continue trial, filing _53_, is granted and the trial is now set to commence June 3, 1991, at 10:30 a.m. for jury selection.

Dated May 10, 1991.

BY THE COURT

_____
Senior United States District Judge