IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
91 JUL -3 AM 10:51
NORBERT H. EBEL
CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR90-L-40 |
| Plaintiff, | ) | |
| | ) | ORDER AMENDING |
| vs. | ) | ORDER ON SENTENCING SCHEDULE |
| WALTER DREWEL, | ) | |
| Defendant. | ) | |

A written request by U. S. Probation Officer William R. Beach to change the dates listed in paragraphs 4, 5, 6, and 7 of the order on sentencing schedule, filing 57, has been submitted to the court.

IT THEREFORE IS ORDERED that the order on sentencing schedule is amended as to paragraphs 4, 5, 6, and 7 as follows:

"4. August 2, 1991: Objections by counsel per paragraph 1 of the general order; any proposals to the probation office or motions to the court for departure from the guidelines, community service, community confinement, intermittent confinement or home detention;

5. August 16, 1991: Probation office's submission to the judge of presentence report with any addendum per paragraph 4 of the general order;

6. August 23, 1991: Counsel's filing and serving on all other parties and the probation officer a written statement of position respecting each of the unresolved objections to the presentence report, including specific nature of each objection. If evidence is to be offered in support of or opposition to an objection, it must be (1) by affidavit, letter, report or other document accompanying the statement or (2) by oral testimony at the sentencing hearing. If oral testimony is desired, a request must be made in the statement and must reveal the nature and necessity for use of oral testimony, the identity of each proposed witness, and the length of time anticipated for presentation of the testimony. It is expected that no consideration shall be given to any sentencing factor first raised after the filing of the written statement.

7. August 30, 1991: Judge's notice to counsel of rulings and tentative findings, whether oral testimony is to be permitted, and how objections to tentative findings may be made; and"

The sentencing date shall remain the same, September 3, 1991, at 4:30 p.m.

Dated July 3, 1991.

BY THE COURT

_____
Senior United States District Judge