```
                                                      FILED
                                                U. S. DISTRICT COURT
           IN THE UNITED STATES DISTRICT COURT  DISTRICT OF NEBRASKA
               FOR THE DISTRICT OF NEBRASKA
                                                  91 SEP -4 AM 9:17
```

UNITED STATES OF AMERICA,      )
                               )
          Plaintiff,           )   CR 90-L-40
                               )
     v.                        )
                               )
WALTER DREWEL,                 )   ORDER FOR ISSUANCE OF
                               )   BENCH WARRANT
          Defendant.           )

This matter came on to be heard on the motion of the plaintiff, United States of America, by Steven A. Russell, Assistant U. S Attorney, to Revoke the Order setting Conditions for Release and for issuance of a Bench Warrant for defendant Walter Drewel.

It is hereby ordered that the Order setting Conditions for Release are revoked and the Clerk of this Court is hereby authorized and directed to issue a Bench Warrant for the Apprehension of Walter Drewel, commanding the arresting officer to bring him before the Court forthwith.

BY THE COURT:

_____
U. S. Senior District Judge

DATED this 4th day of September, 1991.

*Issued 9-4-91 to Marshal*