```
                                                FILED
                                          U.S. DISTRICT COURT
                                          DISTRICT OF NEBRASKA
           IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA      92 JUL 27 PM 1:28 - 70
```

UNITED STATES OF AMERICA,  )   CR90-L-40 NORBERT H. EBEL
                           )                  CLERK
           Plaintiffs,     )
                           )
v.                         )   ORDER
                           )
WALTER DREWEL,             )
                           )
           Defendant.      )

**THIS MATTER** comes before the Court on Defendant's attorney's Motion to withdraw as attorney of record for Walter T. Drewel. In support of said Motion Defendant's attorney submitted a sealed Affidavit to the Court. The Court finds that attorney, Dennis C. Tegtmeier's, Motion should be sustained and he be allowed to withdraw as attorney of record for the Defendant, Walter T. Drewel, in the above-entitled case.

**IT IS THEREFORE ORDERED THAT** Dennis C. Tegtmeier is hereby allowed to withdraw as attorney of record for Walter T. Drewel in the above-entitled case.

DATED this 27th day of _____July_____, 1992.

BY THE COURT:

_____
Senior United States District Judge