```
                IN THE UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF NEBRASKA
```

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CR 90-L-40 |
| | ) | |
| v. | ) | |
| | ) | |
| WALTER DREWEL, | ) | FINAL JUDGMENT OF |
| | ) | FORFEITURE OF APPEARANCE |
| Defendant. | ) | BOND |

FILED
DISTRICT OF NEBRASKA
AT_____ M
OCT 8 1992-73
Norbert H. Ebel, Clerk
By_____ Deputy

THIS MATTER is before the court on the United States motion for a Final Judgment of Forfeiture of Appearance Bond against the defendant Walter Drewel. The United States seeks to forfeit the appearance bond posted with this court in the sum of $5,000 with 10% deposited in the registry of the court as to the personal surety, and the court having noted the previous revocation and estreature of said appearance bond, and having found no basis for exonerating or remitting the bond, it is

ORDERED AND ADJUDGED that plaintiff United States of America have judgment against the defendant Walter Drewel in the sum of $5,000 with 10% deposited in the registry of the court as the personal surety, together with interest thereon at the rate of 3.13% per annum from the date of this judgment as prescribed by 28 U.S.C. § 1961; and it is further,

ORDERED AND ADJUDGED that any and all monies or things of value deposited with the Registry Fund Account of the Clerk of the Court as security for the aforesaid bond shall be forthwith transferred to the treasury of the United States in accordance with 28 U.S.C. §§ 2042 and 2043.

IT IS SO ORDERED this 7th day of October, 1992.

_____
UNITED STATES SENIOR DISTRICT JUDGE